**Order issued December 3, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00374-CV

———————————

**BUCKINGHAM SENIOR LIVING COMMUNITY, INC., ELIZABETH GEORGE, AND MARY EMRICH, Appellants**

**V.**

**ANGELA HURST WASHINGTON, Appellee**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Case No. 2019-02894**

---

## MEMORANDUM ORDER

Mary Emrich, an appellant in this case, has filed a motion to dismiss her individual appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). We grant the motion and dismiss the appeal filed by Mary Emrich. *See* TEX. R. APP. P. 42.1(a)(1).

The appeals of the other appellants, Buckingham Senior Living Community and Elizabeth George, remain pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.